IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COMBAT ZONE CORP. | CIVIL ACTION NO. 4:12-cv-774 |
| Plaintiff, | Judge: Hon. David Hittner |
| v. | |
| DOES 1 – 192, | ORDER |
| Defendants. | |

## ORDER DISMISSING CASE

The Court has reviewed Plaintiff's Motion for Dismissal without Prejudice of this case.

IT IS ORDERED that this case is hereby DISMISSED without Prejudice to refiling.

DATED: 10/12/12

United States District Judge
David Hittner